IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 08CV4912<br><br>Judge Manning<br><br>Magistrate Judge Denlow |

## NOTICE OF AGREED MOTION

TO:   John E. Untereker
　　　 Christopher J. Williams
　　　 Working Hands Legal Clinic
　　　 77 W. Washington, Suite 1402
　　　 Chicago, Illinois 60602
　　　 *Attorneys for Plaintiffs*
　　　 juntereker@workers-law.org, aayala@workers-law.org

　　　PLEASE TAKE NOTICE that on Thursday, September 4, 2008 at 11:00 a.m., or as soon

thereafter as counsel may be heard, counsel for Defendant UAL, Inc. shall appear before the

Honorable Judge Manning or any Judge sitting in her place in the courtroom usually occupied by

her in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street,

Chicago, Illinois, and shall then and there present the attached Agreed Motion of Defendant

2

UAL, Inc. For Extension Of Time To Answer Or Otherwise Respond To Complaint.

Dated: August 29, 2008                By:   s/Alison B. Willard
                                            Sari M. Alamuddin
                                            Alison B. Willard
                                            Ticole T. Miller
                                            Morgan, Lewis & Bockius LLP
                                            77 W. Wacker Dr., Fifth Floor
                                            Chicago, IL 60601

                                            Counsel for Defendant UAL, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice of Agreed Motion* was electronically filed with the Court this 29th day of August, 2008, which will send a notice of electronic filing to the following counsel of record:

>John E. Untereker
>Christopher J. Williams
>Working Hands Legal Clinic
>77 W. Washington, Suite 1402
>Chicago, Illinois 60602
>*Attorneys for Plaintiffs*
>juntereker@workers-law.org, aayala@workers-law.org

s/Alison B. Willard<br>
Alison B. Willard