UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown, <br><br> Plaintiffs, <br> v. <br><br> IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, SINGAPORE AIRLINES, GATE GOURMET, INC., AIR MENZIES INTERNATIONAL (USA), INC., SWISSPORT CARGO SERVICES, INC., APEX PLASTIC FINISHING COMPANY, JD NORMAN INDUSTRIES, INC. and DIEGO DEASTIS, individually, <br><br> Defendants. | Case No. 08 CV 4912 <br><br> Judge Blanche M. Manning <br> Magistrate Judge Morton Denlow |

**MOTION TO EXTEND TIME**

NOW COMES the defendant, Aeroground, Inc. d/b/a Menzies Aviation incorrectly named as Air Menzies International (USA), Inc., by and through its attorneys, McBREEN & KOPKO, and moves this court to vacate any and all technical defaults and for an extension of sixty days up to and including November 8, 2008 in which to file its answer or otherwise plead.

Dated: 9/3/2008

Respectfully submitted,

/s/ *Hugh G. McBreen*
Hugh G. McBreen
McBreen & Kopko
20 N. Wacker Drive, Suite 2520
Chicago, IL  60606
Tel: 312-332-6405
Fax: 312-332-2657
Attorneys for Aeroground, Inc. d/b/a
Menzies Aviation incorrectly named as
Air Menzies International (USA), Inc.