## UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) ) ) ) ) ) | Case No. 08 CV 4912<br><br>Judge Blanche M. Manning<br>Magistrate Judge Morton Denlow |
| Plaintiffs,<br>v. | ) ) ) | |
| IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, SINGAPORE AIRLINES, GATE GOURMET, INC., AIR MENZIES INTERNATIONAL (USA), INC., SWISSPORT CARGO SERVICES, INC., APEX PLASTIC FINISHING COMPANY, JD NORMAN INDUSTRIES, INC. and DIEGO DEASTIS, individually, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

Please take notice that on the Ninth day of September, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any other judge sitting in her stead, in Courtroom 2125, of the United States District Court, Northern District of Illinois, Eastern Division located at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion of Defendant, Aeroground, Inc. d/b/a Menzies Aviation incorrectly named as Air Menzies International (USA), Inc., to Extend Time.

Dated 9/3/2008

Respectfully submitted,

/s/ Hugh G. McBreen
Hugh G. McBreen
McBreen & Kopko
20 N. Wacker Drive, Suite 2520
Chicago, IL 60606
Tel: 312-332-6405
Fax: 312-332-2657
Attorneys for Aeroground, Inc.
d/b/a Menzies Aviation  incorrectly named
as Air Menzies International (USA), Inc.

**STATE OF ILLINOIS** )
)
**COUNTY OF COOK** )

## CERTIFICATE OF SERVICE

Hugh G. McBreen, an attorney, hereby certifies that a true and correct copy of the foregoing Notice of Motion and Motion of Defendant, Aeroground, Inc. d/b/a Menzies Aviation incorrectly named as Air Menzies International (USA), Inc., to Extend Time was filed with the Court's CM-ECF electronic filing system on September 3, 2008 and served electronically on:

John E. Untereker
Christopher J. Williams
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
Attorneys for Plaintiffs


Sari M. Alamuddin
Alison B. Willard
Ticole T. Miller
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., Fifth Floor
Chicago, IL 60601
Attorneys for Defendant UAL, Inc.