# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

MARCELINO ANDRADE, BERNICE                                    Case Number:    08-cv-4912

JACINTO, et al.

v.

IDEAL STAFFING SOLUTIONS, INC., UAL,

INC., ALITALIA AIRLINES, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, JD Norman Industries, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Lauren Blair | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lauren Blair | |
| FIRM <br> Pedersen & Houpt, P.C. | |
| STREET ADDRESS <br> 161 N. Clark St., Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6224489 | TELEPHONE NUMBER <br> 312-261-2233 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐ NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL **X**     APPOINTED COUNSEL ☐ | |

486382.1