**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown, <br><br>            Plaintiffs, <br>    v. <br><br>IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, SINGAPORE AIRLINES, GATE GOURMET, INC., AIR MENZIES INTERNATIONAL (USA), INC., SWISSPORT CARGO SERVICES, INC., APEX PLASTIC FINISHING COMPANY, JD NORMAN INDUSTRIES, INC. and DIEGO DEASTIS, individually, <br>            Defendants. | Case No. 08CV4912 <br><br> Judge Manning <br><br> Magistrate Judge Denlow |

**NOTICE OF FILING**

**TO:**   All Parties of Record

　　　　PLEASE TAKE NOTICE that on **Wednesday, September 3, 2008**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF LAUREN BLAIR**, a copy of which is served upon you

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　JD NORMAN INDUSTRIES, INC.

　　　　　　　　　　　　　　　BY:_____/s/: Lauren Blair_____
　　　　　　　　　　　　　　　　　　One of Its attorneys

Arthur M. Holtzman (1252844)
Lauren Blair (6224489)
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois  60601
(312) 641-6888

486427.1

## CERTIFICATE OF SERVICE

      Lauren Blair, an attorney, states that she served a copy of the foregoing **APPEARANCE OF LAUREN BLAIR** upon the following counsel of record:

John E. Untereker
juntereker@workers-law.org
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, IL 60602

Sari M. Alamuddin
salamuddin@morganlewis.com
Alison B. Willard
awillard@morganlewis.com
Ticole T. Miller
tmiller@morganlewis.com
Morgan, Lewis, & Bockius LLP
77 W. Wacker Dr., Fifth Floor
Chicago, IL 60601

Hugh G. McBreen
hmcbreen@mmklaw.com
Annie K. Strobl
astrobl@mmklaw.com
McBreen & Kopko
20 N. Wacker Dr. Suite 2520
Chicago, IL 60606

via electronic mail, on this the 3rd day of September 2008.

                                                    By:     /s/ Lauren Blair

486427.1