# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

MARCELINO ANDRADE, BERNICE                    Case Number:    08-cv-4912

JACINTO, et al.

v.

IDEAL STAFFING SOLUTIONS, INC., UAL,

INC., ALITALIA AIRLINES, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Defendant, JD Norman Industries, Inc.

| NAME (Type or print) |
|---|
| Arthur M. Holtzman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/Arthur M. Holtzman |
| FIRM |
| Pedersen & Houpt, P.C. |
| STREET ADDRESS |
| 161 N. Clark St., Suite 3100 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1252844 | 312-261-2111 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL **X**       APPOINTED COUNSEL ☐

486410.1