**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELINO ANDRADE, BERENICE | ) | |
| JACINTO, AMERICA GARCIA, ORALIA | ) | |
| PALACIOS, MIGUEL RUBIO, ISMAEL | ) | |
| ANDRADE, JOSE HERNANDEZ, LUCIA | ) | |
| PORTILLO, RENE CORDOBA, and | ) | |
| FRANCISCO MEDINA, on behalf of themselves | ) | Case No. 08CV4912 |
| and all other persons similarly situated, known and | ) | |
| unknown, | ) | Judge Manning |
| Plaintiffs, | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| IDEAL STAFFING SOLUTIONS, INC., UAL, | ) | |
| INC., ALITALIA AIRLINES, SINGAPORE | ) | |
| AIRLINES, GATE GOURMET, INC., AIR | ) | |
| MENZIES INTERNATIONAL (USA), INC., | ) | |
| SWISSPORT CARGO SERVICES, INC., | ) | |
| APEX PLASTIC FINISHING COMPANY, JD | ) | |
| NORMAN INDUSTRIES, INC. and DIEGO | ) | |
| DEASTIS, individually, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   All Parties of Record

        PLEASE TAKE NOTICE that on September 9, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Courtroom 2125 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Defendant's **MOTION OF DEFENDANT, JD NORMAN INDUSTRIES, INC., TO ENLARGE THE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** a copy of which is attached hereto and served upon you.

                          Respectfully Submitted,
                          JD NORMAN INDUSTRIES, INC.


                          BY:_____/s/: Lauren Blair_____
Arthur M. Holtzman (1252844)                One of Its attorneys
Lauren Blair (6224489)
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois  60601
(312) 641-6888

486416.1

## CERTIFICATE OF SERVICE

Lauren Blair, an attorney, states that she served a copy of the foregoing **MOTION OF DEFENDANT, JD NORMAN INDUSTRIES, INC., TO ENLARGE THE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** upon the following counsel of record:

John E. Untereker
juntereker@workers-law.org
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, IL 60602

Sari M. Alamuddin
salamuddin@morganlewis.com
Alison B. Willard
awillard@morganlewis.com
Ticole T. Miller
tmiller@morganlewis.com
Morgan, Lewis, & Bockius LLP
77 W. Wacker Dr., Fifth Floor
Chicago, IL 60601

Hugh G. McBreen
hmcbreen@mmklaw.com
Annie K. Strobl
astrobl@mmklaw.com
McBreen & Kopko
20 N. Wacker Dr. Suite 2520
Chicago, IL 60606

via electronic mail, on this the 3rd day of September 2008.

By:_____/s/ Lauren Blair_____

486416.1

486416.1