# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 08 CV 4912
Marcelino Andrade et al.

vs.

Ideal Staffing Solutions, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiffs

| | |
|---|---|
| **NAME (Type or print)** <br> Christopher J. Williams | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher J. Williams | |
| **FIRM** <br> Working Hands Legal Clinic | |
| **STREET ADDRESS** <br> 77 W. Washington St., Suite 1402 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6284262 | **TELEPHONE NUMBER** <br> 312-795-9115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |