IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>     Plaintiffs,<br>v.<br><br>IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, SINGAPORE AIRLINES, GATE GOURMET, INC., AIR MENZIES INTERNATIONAL (USA), INC., SWISSPORT CARGO SERVICES, INC., APEX PLASTIC FINISHING COMPANY, JD NORMAN INDUSTRIES, INC. and DIEGO DEASTIS, individually,<br><br>     Defendants. | Case No. 08 cv 4912<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Morton Denlow |

**DEFENDANT GATE GOURMET, INC.'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

Defendant, Gate Gourmet, Inc. ("Gate Gourmet"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully moves this Court to grant it an extension of time of sixty (60) days, to and including November 3, 2008, to answer, move or otherwise plead. In support of its motion, Gate Gourmet states as follows:

1. On July 17, 2008, Plaintiffs filed a Complaint against Defendant Gate Gourmet and others in the Circuit Court of Cook County, Illinois, Chancery Division. On July 31, 2008 the registered agent of Gate Gourmet, Inc. was served with the Summons and Complaint.

2. On August 27, 2008, Defendant UAL, Inc. timely filed its notice of removal. Gate Gourmet consented to removal pursuant to 28 U.S.C. §1446. Pursuant to Rule 81(c) of the

Federal Rules of Civil Procedure, Gate Gourmet's responsive pleading to Plaintiffs' Complaint is due on September 4, 2008.

3. Gate Gourmet recently retained the undersigned counsel as trial counsel. Counsel are investigating Plaintiffs' claims, but counsel require more time for their investigation and to prepare a response to Plaintiffs' Complaint. Gate Gourmet respectfully requests an extension of time of 60 days to properly investigate Plaintiffs' Complaint and prepare the appropriate response.

4. This motion is not made for purposes of delay, and the parties will not be prejudiced by the granting of this motion.

5. On August 29, 2008, with Plaintiffs' consent, Defendant UAL, Inc. filed its motion requesting an additional 60 days to respond to Plaintiffs' Complaint. Defendants JD Norman Industries, Inc. and Aeroground Inc. d/b/a Menzies Aviation have filed similar motions requesting an additional 60 days to respond to Plaintiffs' Complaint. On September 3, 2008, this Court granted the motions of Defendant UAL Inc. and Defendant Aeroground Inc. d/b/a Menzies Aviation.

6. The undersigned counsel contacted Plaintiff's counsel, and Plaintiffs do not object to Gate Gourmet's request for a 60 day extension of time to answer, move or otherwise plead.

WHEREFORE, Defendant Gate Gourmet, Inc. respectfully requests this Court enter an order granting it an extension of time of sixty (60) days, to and including November 3, 2008, to answer, move or otherwise plead.

Respectfully submitted,

Gate Gourmet, Inc.

By: s/Uma Chandrasekaran
One of Its Attorneys

Stephen H. Pugh (ARDC 2262177)
Dennis P.W. Johnson (ARDC 3126179 )
Uma Chandrasekaran (ARDC 6281690)
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 768-7800
Facsimile: (312) 768-7801
Email: spugh@pjjq.com
      djohnson@pjjq.com
      uchandrasekaran@pjjq.com

Pamela J. Moore*
Rob Gallo*
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6722
Facsimile: (860) 724-3397
**Pro hac vice* motions to be filed.*

## CERTIFICATE OF SERVICE

I, Uma Chandrasekaran, an attorney, certify that I shall cause to be served a copy of **Defendant Gate Gourmet, Inc.'s Agreed Motion for an Extension of Time to Answer, Move or Otherwise Plead** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Electronic Case Filing ("ECF"), as indicated below, on September 4, 2008.

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for Plaintiffs*
John E. Untereker
Christopher J. Williams
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, IL 60602

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorney for UAL, Inc.*
Sari M. Alamuddin
Alison B. Willard
Ticole T. Miller
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for Defendant JD Norman Industries, Inc.*
Lauren Blair
Arthur M. Holtzman
Pedersen & Houpt
161 North Clark Street, Suite 3100
Chicago, IL 60601

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for Defendant Aeroground Inc. d/b/a Menzies Aviation*
Hugh McBreen
Annie K. Strobl
McBreen & Kopko
20 North Wacker Drive
Chicago, IL 60606

s/ Uma Chandrasekaran

4