IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELINO ANDRADE, BERENICE JACINTO, AMERICA GARCIA, ORALIA PALACIOS, MIGUEL RUBIO, ISMAEL ANDRADE, JOSE HERNANDEZ, LUCIA PORTILLO, RENE CORDOBA, and FRANCISCO MEDINA, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br>v.<br><br>IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, SINGAPORE AIRLINES, GATE GOURMET, INC., AIR MENZIES INTERNATIONAL (USA), INC., SWISSPORT CARGO SERVICES, INC., APEX PLASTIC FINISHING COMPANY, JD NORMAN INDUSTRIES, INC. and DIEGO DEASTIS, individually,<br><br>Defendants. | Case No. 08 cv 4912<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

On Thursday, September 11, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning in Courtroom 2125, or before any other judge who may be sitting in her place, at the United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then an there present the attached **Defendant Gate Gourmet, Inc.'s Agreed Motion for an Extension of Time to Answer, Move or Otherwise Plead.**

Dated: September 4, 2008

Respectfully submitted,

**GATE GOURMET, INC.**

By: /s/Uma Chandrasekaran
        One of Its Attorneys

Stephen H. Pugh (ARDC No. 2262177)
Dennis P.W. Johnson (ARDC No. 3126179)
Uma Chandrasekaran (ARDC No. 6281690)
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone:  312.768.7800
Facsimile:  312.768.7801

Pamela J. Moore (*pro hac vice to be submitted*)
Rob Gallo (*pro hac vice to be submitted*)
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:  860.275.6722
Facsimile:  860.724.3397

## CERTIFICATE OF SERVICE

I, Uma Chandrasekaran, an attorney, certify that I shall cause to be served a copy of **Notice of Defendant Gate Gourmet, Inc.'s Agreed Motion for an Extension of Time to Answer, Move or Otherwise Plead** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Electronic Case Filing ("ECF"), as indicated below, on September 4, 2008.

| | | |
|---|---|---|
| ☒ CM/ECF<br>☐ Facsimile/___ Pages<br>☐ Federal Express<br>☐ U.S. Mail<br>☐ Messenger | | *Attorneys for Plaintiffs*<br>John E. Untereker<br>Christopher J. Williams<br>Working Hands Legal Clinic<br>77 W. Washington, Suite 1402<br>Chicago, IL 60602 |
| ☒ CM/ECF<br>☐ Facsimile/___ Pages<br>☐ Federal Express<br>☐ U.S. Mail<br>☐ Messenger | | *Attorney for UAL, Inc.*<br>Sari M. Alamuddin<br>Alison B. Willard<br>Ticole T. Miller<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive, 5th Floor<br>Chicago, IL 60601 |
| ☒ CM/ECF<br>☐ Facsimile/___ Pages<br>☐ Federal Express<br>☐ U.S. Mail<br>☐ Messenger | | *Attorneys for Defendant JD Norman Industries, Inc.*<br>Lauren Blair<br>Arthur M. Holtzman<br>Pedersen & Houpt<br>161 North Clark Street, Suite 3100<br>Chicago, IL 60601 |
| ☒ CM/ECF<br>☐ Facsimile/___ Pages<br>☐ Federal Express<br>☐ U.S. Mail<br>☐ Messenger | | *Attorneys for Defendant Aeroground Inc. d/b/a Menzies Aviation*<br>Hugh McBreen<br>Annie K. Strobl<br>McBreen & Kopko<br>20 North Wacker Drive<br>Chicago, IL 60606 |

s/ Uma Chandrasekaran