# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

MARCELINO ANDRADE, BERNICE JACINTO, et al.   Case Number: 08-cv-4912

v.

IDEAL STAFFING SOLUTIONS, INC., UAL, INC., ALITALIA AIRLINES, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, JD Norman Industries, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Arthur M. Holtzman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Arthur M. Holtzman | |
| FIRM | |
| Pedersen & Houpt, P.C. | |
| STREET ADDRESS | |
| 161 N. Clark St., Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1252844 | 312-261-2111 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES **X**   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO **X**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL **X**   APPOINTED COUNSEL ☐

486410.1